

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dolores Earlywine<br><br>Plaintiff,<br>V.<br><br>USAA Life Insurance Company, a business of unknown form; Does 1 through 50, inclusive<br><br>Defendant. | Civil Action No. 17-cv-00328-CAB-NLS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the foregoing reasons, Plaintiff's claims are time-barred. Accordingly, USAA's motion for summary judgment is Granted. The Clerk of Court shall enter Judgment for USAA and against Plaintiff, and Close this case. It Is So Ordered.

Date: 2/1/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez

J. Gutierrez, Deputy